# EXHIBIT 3

Filed 10/15/2019

## IN THE SUPERIOR COURT OF PENNSYLVANIA
## EASTERN DISTRICT

M&T BANK                                    :    No. 2608 EDA 2019
                                            :
                                            :
            v.                              :
                                            :    (C.P. Montgomery County
                                            :    No. 2018-12809)
JILL ABRAMS LAPENSOHN AND                   :
HOWARD C. LAPENSOHN                         :
                                            :
                    Appellants              :

## ORDER

Appellants' emergency motion for stay of eviction pending appeal is hereby **DENIED**.

Appellants have not successfully demonstrated satisfaction of the requirements for issuance of a stay as set forth in ***Pa. Pub. Util. Comm'n v. Process Gas Consumers Grp.***, 467 A.2d 805 (Pa. 1983).

PER CURIAM



2018-12809-0041  10/28/2019 11:58 AM  # 12529438
Rcpt#Z3757510  Fee:$0.00  Appellate Court Order Opinion
Main (Public)
MontCo Prothonotary

