IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD C. LAPENSOHN and JILL ABRAMS LAPENSOHN,<br><br>                    Plaintiffs,<br><br>       v.<br><br>HUDSON CITY SAVINGS BANK and VOYAGER INDEMNITY INSURANCE COMPANY and PARKER IBRAHIM & BERG,<br><br>                    Defendants. | Civil Action<br><br>No.: 20-cv-680-JMG |

**DECLARATION OF JAMES P. BERG, ESQ. IN FURTHER SUPPORT OF MOVING DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SANCTIONS**

James P. Berg, Esq., an attorney duly licensed to practice law in the Commonwealth of Pennsylvania, declares and affirms under penalty of perjury as follows to the best of his knowledge information and belief:

1. I am partner with the law firm of Parker Ibrahim & Berg LLP, attorneys for defendants M&T Bank successor by merger to Hudson City Savings Bank s/h/a "Hudson City Savings Bank" and Parker Ibrahim & Berg LLP s/h/a "Parker Ibrahim & Berg" (together, "Moving Defendants") in the above-captioned action. I submit this declaration in further support of Defendants' Motion to Dismiss the Complaint of Howard C. Lapensohn and Jill Abrams Lapensohn (together, "Plaintiffs") with prejudice and Motion for Sanctions against Plaintiffs and their counsel.

2. Attached hereto as **Exhibit A** are true and correct copies of the Court Orders dated September 13, 2019, October 30, 2019, February 18, 2020, March 27, 2020, which were issued by Courts throughout this district in response to the conduct of Plaintiffs' counsel.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

|  |  |
|---|---|
| Executed on: April 13, 2020 | **PARKER IBRAHIM & BERG LLP**<br><br>*/s/ James P. Berg*<br>James P. Berg, Esq.<br>**PARKER IBRAHIM & BERG LLP**<br>1635 Market Street, 11th Floor<br>Philadelphia, PA 19103<br>Telephone: (267) 908-9800<br>Facsimile: (267) 908-9888<br>james.berg@piblaw.com<br><br>*Counsel for Defendants,*<br>M&T Bank successor by merger to Hudson City Savings Bank s/h/a "Hudson City Savings Bank" and Parker Ibrahim & Berg LLP s/h/a "Parker Ibrahim & Berg" |