IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD C. LAPENSOHN and JILL ABRAMS LAPENSOHN<br><br>Plaintiffs,<br><br>v.<br><br>HUDSON CITY SAVINGS BANK, VOYAGER INDEMNITY INSURANCE COMPANY and PARKER IBRAHIM & BERG,<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:20-cv-00680-JMG |

## STIPULATION FOR EXTENSION OF TIME

AND NOW this 15th day of April 2020, it is hereby STIPULATED and AGREED between counsel for Defendant Voyager Indemnity Insurance Company ("Voyager"), and counsel for Plaintiffs Howard C. Lapensohn and Jill Abrams Lapensohn ("Plaintiffs"), that Voyager shall have a seven (7) day extension of time in which to file its response to Plaintiffs' Complaint. Good cause exists for the extension because the 2019 novel coronavirus, COVID 19, has delayed regular business operations, necessitating additional time for Voyager to investigate the Complaint and to allow Voyager's counsel to discuss directly with Plaintiffs' counsel the substance of Voyager's contemplated motion to dismiss. This extension will expire on **April 24, 2020**.

| | |
|---|---|
| **ROYER COOPER COHEN BRAUNFELD LLC**<br><br>By:  /s/ Matthew Faranda-Diedrich<br>     Matthew Faranda-Diedrich, Esquire<br>     Alexander J. Nassar, Esquire<br>     *Attorneys for Defendant Voyager Indemnity Insurance Company* | **JOSHUA L. THOMAS & ASSOCIATES**<br><br>By:  /s/ Joshua L. Thomas<br>     Joshua Louis Thomas, Esquire<br>     *Attorney for Plaintiffs Howard C. Lapensohn and Jill Abrams Lapensohn* |

BY THE COURT:

/s/ John Gallagher
_____
John M. Gallagher
United States District Court Judge

00807822.v1