IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| HOWARD C. LAPENSOHN, *et al.*, | : |
|         Plaintiffs, | : |
| | : |
|         v. | :    Civil No. 2:20-cv-00680-JMG |
| | : |
| HUDSON CITY SAVINGS BANK, *et al.*, | : |
|         Defendants. | : |

_____

**ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS**

**AND NOW**, this 12th day of August, 2020, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 11 and 22), any responses thereto, and for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motions to Dismiss are **GRANTED** with respect to all Counts. The Complaint is dismissed with prejudice as to all Defendants.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge